IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD DAVID JONES,

      Plaintiff,

v.                               Case No. 4:15cv87-MW/CAS

DEBORAH MINNIS,
and OPAL McKINNEY-WILLIAMS,

      Defendants.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.5, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 8. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for failure to state a claim upon relief may be granted. The Clerk shall close the file.

SO ORDERED on March 18, 2015.

                                               s/Mark E. Walker          
                                               **United States District Judge**